(No. 6232

CARMEN ALONZO, d/b/a CARMEN's MOVERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 3, 1972.*

EDWIN N. RAFFEL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.